UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY DENNANY,<br><br>    Plaintiff,<br><br>v.<br><br>LITTLE CAESAR ENTERPRISES, INC.,<br><br>    Defendant. | Case No. 25-cv-10384<br><br>Honorable Robert J. White |

**STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Civil Procedure 21, Opt-In Plaintiff William Nelms Jr. ("Nelms"), by and through his undersigned counsel, hereby stipulates to dismissing all of his individual claims as an Opt-in Plaintiff, in their entirety against Defendant Little Caesar Enterprises, Inc. ("LCE"), without prejudice. The parties to this Stipulation agree that this Stipulation does not affect any other Plaintiffs' claims against LCE in this action and does not resolve the underlying case in its entirety.

1

| | |
|---|---|
| Dated: October 30, 2025 | Dated: October 30, 2025 |
| **NILGES DRAHER LLC** | **FOLEY & LARDNER LLP** |
| */s/ Robi J. Baishnab (w/ permission)* | */s/ Felicia S. O'Connor* |
| Robi J. Baishnab (OH 0086195) | |
| **NILGES DRAHER LLC** | Felicia S. O'Connor (P76801) |
| 1360 E. 9th St, Suite 808 | 500 Woodward Avenue, Suite 2700 |
| Cleveland, OH 44114 | Detroit, MI 48226-3489 |
| Telephone: 216-230-2955 | 313.234.7100 |
| Facsimile: 330-754-1430 | foconnor@foley.com |
| Email: rbaishnab@ohlaborlaw.com | |
| | John R. FitzGerald |
| Hans A. Nilges (OH 0076017) | 777 E. Wisconsin Ave. |
| **NILGES DRAHER LLC** | Milwaukee, WI 53202 |
| 7034 Braucher Street NW, Suite B | 414.297.5079 |
| North Canton, OH 44720 | jfitzgerald@foley.com |
| Telephone: 330-470-4428 | |
| Facsimile: 330-754-1430 | Amanda C. Hibbler |
| Email: hnilges@ohlaborlaw.com | 321 North Clark Street |
| | Suite 3000 |
| Jennifer L. McManus (P65976) | Chicago, IL 60654 |
| **FAGAN MCMANUS, P.C.** | 312.832.7100 |
| 25892 Woodward Avenue | ahibbler@foley.com |
| Royal Oak, MI 48067-0910 | |
| (248) 542-6300 | *Attorneys for Defendant* |
| jmcmanus@faganlawpc.com | |
| *Attorneys for Plaintiffs* | |

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY DENNANY,<br><br>    Plaintiff,<br><br>v.<br><br>LITTLE CAESAR ENTERPRISES, INC.,<br><br>    Defendant. | Case No. 25-cv-10384<br><br>Honorable Robert J. White |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, having reviewed the parties' Stipulation, being otherwise fully advised in the premises, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Civil Procedure 21:

**IT IS HEREBY ORDERED** that opt-in Plaintiff William Nelms Jr. (ECF Dkt. No. 5), is dismissed without prejudice and without costs to any Party.

SO ORDERED.

Dated: October 30, 2025

s/Robert J. White
Robert J. White
United States District Judge