UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY DENNANY,

     Plaintiff,

v.

LITTLE CAESAR ENTERPRISES
INC.,

     Defendant.

Case No. 25-cv-10384

Honorable Robert J. White

---

**ORDER GRANTING SECOND MOTION TO EXTEND SUBSTITUTION DEADLINE**

---

This matter is before the Court on Plaintiff's Second Motion to Extend the Substitution Deadline pursuant to Fed. R. Civ. P. 25(a)(1).

IT IS HEREBY ORDERED that the motion is **GRANTED**. The deadline to file a motion for substitution of Plaintiff under Fed. R. Civ. P. 25(a)(1) is extended to March 23, 2026.

SO ORDERED.

Dated: February 23, 2026

s/Robert J. White
Robert J. White
United States District Judge